ACCEPTED
03-16-00272-CR
13928022
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/22/2016 12:07:23 PM
JEFFREY D. KYLE
CLERK

## NO. 03-16-00272-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/22/2016 12:07:23 PM
JEFFREY D. KYLE
Clerk

**IN THE COURT OF APPEALS
FOR THE
THIRD SUPREME JUDICIAL DISTRICT
AT AUSTIN, TEXAS**

**Jaime Alejos Yanez,
Appellant**

**vs.**

**THE STATE OF TEXAS,
Appellee**

**Appeal from the 33rd Judicial District Court
Cause No. 35606B
Burnet County, Texas
The Honorable J. Allan Garrett, Judge Presiding**

## APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME

**Eddie G. Shell
State Bar No. 18191650
6000 N US Hwy 281
Marble Falls, Texas 78654
(830) 798-1690
Fax: (830) 798-0328**

**ATTORNEY FOR APPELLANT**

**ORAL ARGUMENT IS NOT REQUESTED**

# APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Appellant, Jaime Alejos Yanez, files this, his "Second Motion for Extension of Time to File Brief," and in support thereof shows as follows.

## I.

1. Appellant's Motion is brought pursuant to TEX.R.APP.P 10.5(b).

2. Appellant has once requested previously an extension of time within which to file his brief.

3. Appellant's brief is due on November 23, 2016.

4. Appellant's attorney had a very busy trial schedule in October and into November 2016.

5. In order to address the issues raised in the present appeal thoroughly, Appellant's attorney will require more time to complete his brief. Appellant's attorney will require until January 23, 2016 to complete his brief.

6. Accordingly, Appellants request that this Court allow him until January 23, 2016 to file his brief.

Respectfully submitted,

/s/ Eddie G. Shell

Eddie G. Shell
State Bar No. 18191650
6000 N US Hwy 281
Marble Falls, Texas 78654
(830) 798-1690
Fax: (830) 798-0328

## CERTIFICATE OF SERVICE

In compliance with Rule 9.5(d) of the Texas Rules of Appellate Procedure, the undersigned attorney certifies that a true and correct copy of the foregoing Motion was served Mr. Gary Bunyard of the 33rd and 424th District Attorney's Office via electronic service through efile.txcourts.gov on this   22nd day of   November, 2016 .

/s/ Eddie G. Shell
Eddie G. Shell

## CERTIFICATE OF CONFERENCE

In compliance with Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, the undersigned attorney certifies he conferred with the 33rd and 424th District Attorney's Office via email communication concerning this motion.

/s/ Eddie G. Shell
Eddie G. Shell

## CERTIFICATE OF COMPLIANCE

Pursuant to TEX. R. APP. PROC. 9.4(i)(3), I hereby certify this brief contains 125 words. This is a computer-generated document created in Microsoft word, using 14-point typeface. In making this this certificate, I rely on the word county provided by the software use to prepare the document.

/s/ Eddie G. Shell
Eddie G. Shell